UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

JUL 22 2026

RECEIVED

SUPREME COURT
FILED

APR 15 2026

Jorge Navarrete Clerk

Deputy

State Bar Court - No. SBC-23-O-30029

**S292011**

# IN THE SUPREME COURT OF CALIFORNIA

**En Banc**

---

In re JOHN CHARLES EASTMAN on Discipline.

---

The petitions for review are denied.

The court orders that John Charles Eastman (Respondent), State Bar Number 193726, is disbarred from the practice of law in California and that Respondent's name is stricken from the roll of attorneys.

Respondent must comply with California Rules of Court, rule 9.20, and perform the acts specified in (a) and (c) of that rule within 30 and 40 calendar days, respectively, after the date this order is filed. (*Athearn v. State Bar* (1982) 32 Cal.3d 38, 45 [the operative date for identification of clients being represented in pending matters and others to be notified is the filing date of this order].) Failure to do so may result in denial of any future application for reinstatement. (Cal. Rules of Court, rule 9. 20(d).)

Respondent must pay monetary sanctions to the State Bar of California Client Security Fund in the amount of $5,000 in accordance with Business and Professions Code section 6086.13 and rule 5.137 of the Rules of Procedure of the State Bar. Monetary sanctions are enforceable as a money judgment and may be collected by the State Bar through any means permitted by law.

Costs are awarded to the State Bar in accordance with Business and Professions Code section 6086.10 and are enforceable both as provided in Business and Professions Code section 6140.7 and as a money judgment, and may be collected by the State Bar through any means permitted by law.

Any monetary requirements imposed in this matter shall be considered satisfied or waived when authorized by applicable law or orders of any court.

GUERRERO
*Chief Justice*

I, Jorge Navarrete, Clerk of the Supreme Court of the State of California, do hereby certify that the preceding is a true copy of an order of this Court as shown by the records of my office.
Witness my hand and the seal of the Court this 20 day of July 20 26
Month

By: ____________
Deputy

Supreme Court of California
350 McAllister Street
San Francisco, CA 94102

United States Court of Appeals
District of Columbia Circuit
attn.: Selena Gancasz
333 Constitution Avenue N.W.
Washington, DC 20001-2866